UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-24624-CIV-WILLIAMS

ASHLEY HARDEMAN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on United States Magistrate Judge Chris M. McAliley's Report and Recommendation (DE 24) ("***the Report***") on Plaintiff Ashley Hardeman's ("***Plaintiff***") Unopposed Motion for Attorney's Fees ("***the Motion***") (DE 23.) In the Report, Judge Torres recommends that the Court grants Plaintiff's Motion and awards her a total of $1,953.13 in attorney's fees, to be paid to Plaintiff's counsel once the U.S. Department of the Treasury determines that Plaintiff owes no debt to the United States.[1] (DE 24 at 4.)

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 24) are **AFFIRMED AND ADOPTED**.
2. Plaintiff's Unopposed Motion for Attorney's Fees (DE 23) is **GRANTED**.
3. In accordance with the Court's Order of Remand and Final Judgment (DE 21), this case remains **CLOSED**.

---

[1] The Court notes that Plaintiff stated in the Motion that Defendant "informed [counsel for Plaintiff] that there is no objection to this Motion." (DE 23 at ¶ 1.) Further, to date, Defendant has not objected to the Report and the November 1, 2021 deadline to object has passed. (*See* DE 24 at 4.)

**DONE AND ORDERED** in Chambers in Miami, Florida on this 16th day of November, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE