**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-24624-CV-WILLIAMS**

ASHLEY HARDEMAN,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

## ORDER

    **THIS MATTER** is before the Court on United States Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 28) ("***Report***") on Plaintiff Ashley Hardeman's ("***Plaintiff***") Motion for Authorization of an Attorney Fee Pursuant to Section 206(b)(1) of the Social Security Act (DE 26) ("***Motion***"). Defendant informed Plaintiff that it "neither supports nor opposes" the Motion and it did not file a response to the Motion. In the Report, Judge Goodman recommends that the Motion be granted, and that Plaintiff be awarded $4,453.13 in attorney's fees pursuant to 42 U.S.C. § 406(b) with instructions for the agency to process a "net" fee of $2,500.00. (DE 28 at 6.) Further, Judge Goodman recommends that this sum should be paid directly to Plaintiff's counsel from past-due benefits currently being withheld by the Commissioner. (*Id.*) No objections were filed to the Report, and the time to object has passed.

    Upon a careful review of the Report, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Goodman's Report (DE 28) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Attorney's Fees (DE 26) is **GRANTED**.

3. In accordance with the Court's Order of Remand and Final Judgment (DE 21), this case remains **CLOSED**.

   **DONE AND ORDERED** in Chambers in Miami, Florida on this <u>25th</u> day of April, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE